Bernard Mims
                              Plaintiff,

v.                                                                  Case No.: 1:18−cv−07192
                                                                Honorable Steven C. Seeger

City Of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 28, 2021:

      MINUTE entry before the Honorable Jeffrey Cole: For the reasons set forth in the accompanying Memorandum Opinion and Order, the defendants' motion to reopen discovery [143] is denied; plaintiff's motion to enforce Judge Seeger's deadline and deny defendant's motion to reopen discovery [144] is granted; and the defendant's motion to strike the Chekingo Declaration [143] is granted. ENTER MEMORANDUM OPINION AND ORDER. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.