UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Bernard Mims
                            Plaintiff,

v.                                               Case No.: 1:18−cv−07192
                                                      Honorable Steven C. Seeger

City Of Chicago, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 3, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Amended Joint Proposed Scheduling Order (Dckt. No. [152]). The parties seek an extended expert disclosure and discovery schedule because one of Plaintiff's attorneys recently left the firm, and she was in charge of expert reports. The Court understands the difficulties that the departure of an attorney can cause. However, this case was filed in October 2018, more than three years ago, and Plaintiff should be prepared to disclose any expert reports by now. Plaintiff's expert report is due by November 25, 2021. (That's one week after the deadline of November 18, 2021, as proposed by the parties in their Joint Proposed Scheduling Order on September 10, 2021. See Dckt. No. [136]). The expert deposition(s) must take place by December 19, 2021. (In their most recent filing, the parties proposed a delay of almost two and a half months between the submission of Plaintiff's expert report and the taking of the deposition. That's much too long. This Court's typical practice is to allow a one−month window to take expert depositions.) Defendants' expert disclosures are due by January 14, 2022. The expert deposition(s) must take place by February 4, 2022. All expert discovery will close by February 4, 2022. If any party elects not to retain an expert, the parties must notify the Court promptly so that it can accelerate the schedule. Dispositive motions are due by February 28, 2022. If any party intends to move for summary judgment, that party must send a letter to the opposing party, and articulate the legal and factual basis for any such motion by February 7, 2022. The submission must be specific, and give a detailed preview of any such motion. The other party must respond in writing and in good faith, and must articulate why there are factual issues that require a trial (if any) by February 18, 2022. The parties must meet and confer, and must file the letters on the docket by February 21, 2022. That filing must confirm that the parties have met and conferred, and have made every effort to narrow the issues in dispute. That filing also must update the Court on the status of settlement discussions, and must reveal whether the parties seek a settlement conference. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.