**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BERNARD MIMS, | ) |
| | ) Case No. 18-cv-7192 |
| Plaintiff, | ) |
| | ) Honorable Judge Steven Seeger |
| | ) Magistrate Judge Jeffrey Cole |
| v. | ) |
| | ) |
| CITY OF CHICAGO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**EXHIBIT B – ITEMIZATION OF FEES AND COSTS**

**I. Fees of the Clerk:**

| | |
|---|---|
| Clerk of the District Court of Minnesota for certified judgement records | $14.50 |
| Clerk of the Circuit Court of Cook County for case files regarding 04 CR 18355 and 00 CR 0735201 | $259.50 |
| TOTAL | $274.00 |

**II. Fees for Service of Summons and Subpoena:**

| | |
|---|---|
| First Watch attempts to serve subpoenas on Crafton, Partida, Jones | $1,050.00 |
| First Watch attempts to serve subpoena on Wallace | $800.00 |
| Certified Mailing for Subpoena Duces Tecum to Dan Franks, ARDC and Kathleen Zellner | $27.20 |
| TOTAL | $1,877.20 |

**III. Fees for Printed or Electronically Recorded Transcripts**

| | |
|---|---|
| Court Reporter - Deposition Transcript of Michael Sardin (93 p) | $362.70 |
| Court Reporter - Deposition Transcript of Robert Montgomery (223 p) | $892.00 |
| Court Reporter – Attendance at Deposition of Robert Montgomery | $75.00 |
| Court Reporter - Deposition Transcript of Michael McDermott (190 p) | $741.00 |
| Court Reporter - Deposition Transcript of Daniel McNally (246 p) | $984.00 |
| Court Reporter - Deposition Transcript of Jim Papa (167 p) | $668.00 |
| Court Reporter – Attendance at Deposition of Jim Papa | $707.00 |

| | |
|---|---|
| Videographer - Deposition of Jim Papa | $1,955.00 |
| Court Reporter - Deposition Transcript of William Delaney (244 p) | $976.00 |
| Court Reporter - Deposition Transcript of Ted Przepiora (263 p) | $618.05 |
| Court Reporter - Deposition Transcript of Samuel Brown (107 p) | $428.00 |
| Court Reporter - Deposition Transcript of Kenneth Boudreau (207 p) | $499.40 |
| Court Reporter - Deposition Transcript of Ted Przepiora (89 p) | $356.00 |
| Court Reporter - Fee for remote video deposition of Daniel Franks | $500.00 |
| Court Reporter - Deposition Transcript of Daniel Franks (166 p) | $664.00 |
| Court Reporter – Attendance at Deposition of Daniel Franks | $682.50 |
| Videographer - Deposition of Kenneth Jones | $905.00 |
| Court Reporter -  Deposition Transcript of Donna Eason (291 p) | $1,164.00 |
| Court Reporter - Attendance for reporter and technician for Deposition of Donna Eason | $1,803.75 |
| Videographer – Attendance at Deposition of Donna Eason | $1,250.00 |
| Court Reporter - Deposition Transcript of Kenneth Jones (240 p) | $960.00 |
| Court Reporter – Attendance at Deposition Transcript of Kenneth Jones | $315.00 |
| Court Reporter - Deposition Transcript of Bernard Mims (351 p) | $1,404.00 |
| Court Reporter – Attendance at Deposition of Bernard Mims | $735.00 |
| Court Reporter - Deposition Transcript of John Clisham (170 p) | $423.25 |
| Court Reporter - Fees for scanning of deposition exhibits of Richard Peck | $109.20 |
| Court Reporter - Fees for audio transcription of Robert Bartik, William Svilar, and Jean Romic. | $822.50 |
| Court Reporter - Deposition Transcript of Richard Rosenthal (177 p) | $708.00 |
| Court Reporter – Attendance at Deposition of Richard Rosenthal | $160.00 |
| Court Reporter - Deposition Transcript of Richard Peck (244 p) | $573.40 |
| Amy Spee Reporting Inc., Official Court Reporter, for transcript of proceedings on 9/8/21 (22 p) | $88.00 |
| TOTAL | $22,529.75 |

## IV. Fees for Witnesses

| | |
|---|---|
| Deposition Exs for Plaintiff's Deposition | $116.00 |
| Courtesy copies of corrected SOF exhibits | $8.20 |
| Record Copy Services for various documents for scanning and media conversion of documents retained by Dan Franks | $376.75 |
| TOTAL | $500.95 |

## V. Witness Fees

| | |
|---|---|
| Deposition Witness fee for Donna Eason | $75.00 |
| TOTAL | $75.00 |

## VI. Other Fees

| | |
|---|---|
| Arrow Messenger Service for delivery from Chicago Police Department. | $20.25 |
| Arrow Messenger Service from Chicago Police headquarters of legal affairs. | $17.90 |
| Arrow Messenger Service from Chicago Police headquarters. | $19.80 |
| Arrow Messenger Service for delivery from Chicago Police headquarters. | $21.50 |
| Arrow Messenger Service for delivery from Chicago Police Department Headquarters. | $22.80 |
| FedEx overnight mail delivery service to Ted Przepiora. | $28.30 |
| UPS overnight mail delivery service to Mark Zielke. | $17.95 |
| Overnight Mail-Delivery Service to Donna Eason | $24.08 |
| UPS overnight mail delivery service to Danielle Gaines. | $27.89 |
| UPS overnight mail delivery service to Erma Jones. | $17.95 |
| UPS overnight mail delivery service to Danielle Gaines. | $17.95 |
| TOTAL | $236.37 |



**#4485**

**The Honorable Iris Martinez**
**Clerk of the Circuit Court**
**Cook County, IL**
**Criminal Division**
**2600 S. California Avenue**
**Chicago, IL 60608**
**Official Receipt**

ayor
ANE, GALVIN
520 S THROOP
HGO, IL 60621

Receipt No.
**2021-00811-CR26**

Transaction Date
05/04/2021

| Description | Amount Paid |
|---|---|
| LANE, GALVIN | |
| 00CR0735201 | |
| People of the State of Illinois vs. GALVIN LANE | |
| MURDER/INTENT TO KILL/INJURE | |
| Copy Fees | 259.50 |
| Copy Fee $2 | 2.00 |
| Copy Fee .25 | 248.00 |
| Copy Fee .50 | 9.50 |
| SUBTOTAL | 259.50 |
| Remaining Balance Due:  $0.00 | |

| | PAYMENT TOTAL | 259.50 |
|---|---|---|

Check (Ref #4485) Tendered      259.50
Total Tendered      259.50
Change      0.00

05/04/2021          Cashier          Audit
01:48 PM          Station CRM1071          13577507

**OFFICIAL RECEIPT**

Total $266.00

**ROCK FUSCO & CONNELLY, LLC • OPERATING ACCOUNT** 27645

| VENDOR: | Clerk of the District Court of Minnesota | | 2/28/2020 | | 27645 CHECK NO: | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| | na | 02/28/2020 | 14.50 | 14.50 | | 0.00 |
| 24286/90 | | | | | | |

**NOT NEGOTIABLE**

27645

**ROCK FUSCO & CONNELLY, LLC**
321 NORTH CLARK STREET, SUITE 2200
CHICAGO, IL 60654
(312) 494-1000

**WINTRUST** BANK®
**Chicago**

70-2544/719

| | CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|---|
| | 27645 | 02/28/2020 | TEMP |

PAY

CHECK AMOUNT

Fourteen and fifty/100

14.50

TO THE ORDER OF

Clerk of the District Court of Minnesota

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5,000

_____

_____
AUTHORIZED SIGNATURE

⑈027645⑈ ⑆071925444⑆ ⑈3805978521⑈

Security features. Details on back

**ROCK FUSCO & CONNELLY, LLC • OPERATING ACCOUNT** 27645

| VENDOR: | Clerk of the District Court of Minnesota | | 2/28/2020 | | 27645 CHECK NO: | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| | na | 02/28/2020 | 14.50 | 14.50 | | 0.00 |
| 24286/90 | | | | | | |

**NOT NEGOTIABLE**

PRODUCT SSLM228    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A    1637074000

CWC-DR
MIMS-4068

First Watch, Inc.
900 Jorie Blvd., Suite 106
Oak Brook, IL 60523 US
joe@firstwatchinc.com
www.firstwatchinc.com


**First Watch, Inc.**
Security - Investigations - Consulting

**BILL TO**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd.
Suite 1240A
Chicago, Illinois 60604
United States

**INVOICE 1502**

DATE 10/04/2021    TERMS Net 30

DUE DATE 11/03/2021

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 08/17/2021 | | MIMS V CITY OF CHGO | | | |
| 08/17/2021 | Investigator Hours | | | | |
| 08/17/2021 | Vehicle Mileage | | | | |



| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/17/2021 | Investigator Hours | | 10.50 | 100.00 | 1,050.00 |

DEPARTED AREA AND PROCEEDED TO 7855 S
ESCANABA, CHGO, TO LOCATE INTERVIEW & SERV SUB
& CHECK TO TASHUNDRA CRAFTON.

DEPARTED AREA AND PROCEEDED TO STROGER
HOSPITAL TO LOCATE AND SERVE RENEE PARTIDA,



| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/18/2021 | Investigator Hours | | | | |
| 08/18/2021 | Vehicle Mileage | | | | |
| 08/19/2021 | Investigator Hours | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/21/2021 | Investigator Hours | | | | |



DEPART AREA AND PROCEEDED TO 6944 S EBERHART
TO LOCATE & INTERVIEW KENNTETH BOLO JONES.

| 08/21/2021 | Vehicle Mileage | | | | |

**TOTAL DUE**  **$2,179.22**

PAID
OCT 2 0 2021
BY: # 17442

BJA - OR

Mims-4068



First Watch, Inc.
900 Jorie Blvd., Suite 106
Oak Brook, IL  60523 US
joe@firstwatchinc.com
www.firstwatchinc.com

**First Watch, Inc.**
Security - Investigations - Consulting

**BILL TO**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd.
Suite 1240A
Chicago, Illinois  60604
United States

**INVOICE 1509**

DATE 10/11/2021   TERMS Net 30

DUE DATE 11/10/2021

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 08/23/2021 | | MIMS V CITY OF CHGO | | | |
| 08/23/2021 | Investigator Hours | ███████████████████ | | | |
| 08/24/2021 | Investigator Hours | ████████████████ | 8 | 100.00 | 800.00 |
| | | ████████████ DEPART AREA AND PROCEEDED TO 6061 S ADA, CHGO, IL, AND SERVE SUBPOENA TO RUTH WALLACE; DEPART AREA AND PROCEEDED TO DOWNTOWN CHGO, COMPLETE PROOF OF SERVICE. ████████████ | | | |
| 08/24/2021 | Vehicle Mileage | ████████████████████ | | | |
| 08/25/2021 | Investigator Hours | ████████████████████ | | | |
| 08/25/2021 | Vehicle Mileage | ████████████████████ | | | |



NOV 1 9 2021

BY: #17512

| TOTAL DUE | $2,547.64 |



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67436 | 7/8/2021 | 58888 |

| Job Date | Case No. |
|---|---|
| 6/28/2021 | 18-cv-7192 |

| Case Name |
|---|
| Bernard Mims vs. The City of Chicago, et al. |

| Payment Terms |
|---|
| Net 30 |

**KENTUCKIANA**
—COURT REPORTERS—

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Robert Montgomery | | | 979.50 |
| Full Day Appearance Fee | 1.00 @ | 75.000 | 75.00 |

**TOTAL DUE >>>** **$1,054.50**

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,054.50** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

| | | |
|---|---|---|
| Invoice No. | : | 67436 |
| Invoice Date | : | 7/8/2021 |
| **Total Due** | : | **$1,054.50** |

| | | |
|---|---|---|
| Remit To: | **Kentuckiana Reporters** | |
| | **P.O. Box 3983** | |
| | **Louisville, KY 40201** | |

| | | |
|---|---|---|
| Job No. | : | 58888 |
| BU ID | : | KY MAIN |
| Case No. | : | 18-cv-7192 |
| Case Name | : | Bernard Mims vs. The City of Chicago, et al. |

# INVOICE

1 of 1



## KENTUCKIANA
### COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67253 | 7/2/2021 | 58887 |

| Job Date | Case No. | |
|---|---|---|
| 6/23/2021 | 18-cv-7192 | |

| Case Name | | |
|---|---|---|
| Bernard Mims vs. The City of Chicago, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

DEPOSITION OF:
Michael Sardin

| | | | | |
|---|---|---|---|---|
| | 93.00 Pages | @ | 3.900 | 362.70 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | TOTAL DUE >>> | | | **$362.70** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

27886-90
Mims

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

Invoice No.   : 67253
Invoice Date  : 7/2/2021
**Total Due**     : **$362.70**

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

Job No.     : 58887
BU ID       : C and V
Case No.    : 18-cv-7192
Case Name   : Bernard Mims vs. The City of Chicago, et al.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 68084 | 7/27/2021 | 59796 |

| Job Date | Case No. | |
|---|---|---|
| 7/13/2021 | 18-cv-7192 | |

| Case Name | | |
|---|---|---|
| Bernard Mims vs. The City of Chicago, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

**KENTUCKIANA**
—— COURT REPORTERS ——

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

DEPOSITION OF:
   Daniel McNally

                                          1,000.85

**TOTAL DUE >>>**        **$1,000.85**

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
                    No set address
                    Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

Invoice No.  : 68084
Invoice Date  : 7/27/2021
**Total Due**  : **$1,000.85**

Remit To: **Kentuckiana Reporters**
            **PO Box 3983**
            **Louisville, KY 40201**

Job No.    : 59796
BU ID     : C and V
Case No.   : 18-cv-7192
Case Name : Bernard Mims vs. The City of Chicago, et al.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67793 | 7/19/2021 | 58891 |

| Job Date | Case No. |
|---|---|
| 7/8/2021 | 18-cv-7192 |

| Case Name |
|---|
| Bernard Mims vs. The City of Chicago, et al. |

| Payment Terms |
|---|
| Net 30 |

**KENTUCKIANA**
COURT REPORTERS

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Michael McDermott | 190.00 | Pages | @ | 3.900 | 741.00 |
| Exhibits - Scanned | 19.00 | Pages | @ | 0.350 | 6.65 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Original | 1.00 | | @ | 25.000 | 25.00 |
| | **TOTAL DUE  >>>** | | | | **$772.65** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

| | |
|---|---|
| Invoice No. | : 67793 |
| Invoice Date | : 7/19/2021 |
| **Total Due** | : **$772.65** |

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

| | |
|---|---|
| Job No. | : 58891 |
| BU ID | : C and V |
| Case No. | : 18-cv-7192 |
| Case Name | : Bernard Mims vs. The City of Chicago, et al. |



# INVOICE

1 of 1



## KENTUCKIANA
— COURT REPORTERS —

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 68072 | 7/27/2021 | 59510 |

| Job Date | Case No. |
|---|---|
| 7/15/2021 | 18-cv-7192 |

| Case Name |
|---|
| Bernard Mims vs. The City of Chicago, et al. |

| Payment Terms |
|---|
| Net 30 |

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

---

DEPOSITION OF:

William Delaney                                                                 1,045.75

**TOTAL DUE  >>>**                        **$1,045.75**

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
                     No set address
                     Remote Location, KY

---

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

Invoice No.   : 68072
Invoice Date  : 7/27/2021
**Total Due**    : **$1,045.75**

Remit To: **Kentuckiana Reporters**
          **P.O. Box 3983**
          **Louisville, KY 40201**

Job No.      : 59510
BU ID        : KY MAIN
Case No.     : 18-cv-7192
Case Name    : Bernard Mims vs. The City of Chicago, et al.

# INVOICE

1 of 1



**KENTUCKIANA**
COURT REPORTERS



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69042 | 8/19/2021 | 60518 |
| **Job Date** | **Case No.** | |
| 8/9/2021 | 18-cv-7192 | |
| **Case Name** | | |
| Bernard Mims vs. The City of Chicago, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Ted Przepiora | 263.00 Pages | @ | 2.350 | 618.05 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE >>>** | | | **$618.05** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

| | |
|---|---|
| Invoice No. | : 69042 |
| Invoice Date | : 8/19/2021 |
| **Total Due** | : **$618.05** |

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

| | |
|---|---|
| Job No. | : 60518 |
| BU ID | : C and V |
| Case No. | : 18-cv-7192 |
| Case Name | : Bernard Mims vs. The City of Chicago, et al. |

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69201 | 8/23/2021 | 60114 |

| Job Date | Case No. |
|---|---|
| 7/27/2021 | 18-cv-7192 |

| Case Name |
|---|
| Bernard Mims vs. The City of Chicago, et al. |

| Payment Terms |
|---|
| Net 30 |



Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kenneth Boudreau - Write Up | 207.00 Pages | @ | 2.350 | 486.45 |
| Exhibits - Scanned | 37.00 Pages | @ | 0.350 | 12.95 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE >>>** | | | **$499.40** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$499.40** |

Tax ID: 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

| | | |
|---|---|---|
| Invoice No. | : | 69201 |
| Invoice Date | : | 8/23/2021 |
| **Total Due** | : | **$499.40** |

| | | |
|---|---|---|
| Remit To: | **Kentuckiana Reporters** | |
| | **PO Box 3983** | |
| | **Louisville, KY 40201** | |

| | | |
|---|---|---|
| Job No. | : | 60114 |
| BU ID | : | C and V |
| Case No. | : | 18-cv-7192 |
| Case Name | : | Bernard Mims vs. The City of Chicago, et al. |

$\text{S}/\text{S} \quad -\text{ok}$
$\text{l}_1 \cdot \text{M} 5 / 4068$



**KENTUCKIANA**
— COURT REPORTERS —

*RECEIVED*
*SEP 07 2021*
*THE SOTOS LAW FIRM, P.C.*

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69507 | 8/31/2021 | 60843 |

| Job Date | Case No. | |
|---|---|---|
| 8/19/2021 | 18-cv-7192 | |

| Case Name | | |
|---|---|---|
| Bernard Mims vs. The City of Chicago, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Sara Schroeder
The Sotos Law Firm P.C.
141 West Jackson Boulevard
# 1240A
Chicago, IL 60604

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Detective Samuel Brown
    Exhibits - Scanned
    E-Delivery

| | | | | |
|---|---|---|---|---|
| 107.00 | Pages | @ | 3.900 | 417.30 |
| 43.00 | Pages | @ | 0.350 | 15.05 |
| 1.00 | | @ | 0.000 | 0.00 |

TOTAL DUE  >>>    $432.35

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

*PAID*
*SEP 16 2021*
BY: ......#.1731.....

Tax ID: 20-5938206

*Please detach bottom portion and return with payment*



# Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Stacy Benjamin Esq
Rock Fusco & Connelly LLC
321 N Clark St
Ste 2200
Chicago, IL, 60654-4614

| | |
|---|---|
| Invoice #: | 5187981 |
| Invoice Date: | 8/9/2021 |
| Balance Due: | $1,694.30 |

| | |
|---|---|
| Case: Mims, Bernard v. The City Of Chicago, Et Al. (18cv7192) | Proceeding Type: Depositions |

Job #: 4674181 | Job Date: 7/26/2021 | Delivery: Normal

| | |
|---|---|
| Location: | Chicago, IL |
| Billing Atty: | Stacy Benjamin Esq |
| Scheduling Atty: | Stacy Benjamin Esq | Rock Fusco & Connelly LLC |

| Witness: Jim Papa | Amount |
|---|---|
| Transcript Services | $958.80 |
| Professional Attendance | $412.50 |
| Veritext Virtual Services | $295.00 |
| Delivery and Handling | $28.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,694.30 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,694.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 5187981 |
| Invoice Date: | 8/9/2021 |
| Balance Due: | $1,694.30 |

49104



## Veritext, LLC - Midwest Region

Tel: 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Kara Hutson
Rock Fusco & Connelly LLC
321 N Clark St
Ste 2200
Chicago, IL, 60654-4614

| | |
|---|---|
| Invoice #: | 5193100 |
| Invoice Date: | 8/16/2021 |
| Balance Due: | $1,955.00 |

| Case: Mims, Bernard v. The City Of Chicago, Et Al. (18cv7192) | Proceeding Type: Depositions |
|---|---|

Job #: 4674181 | Job Date: 7/26/2021 | Delivery: Normal

Location: Chicago, IL

Billing Atty: Kara Hutson

Scheduling Atty: Stacy Benjamin Esq | Rock Fusco & Connelly LLC

| Witness: Jim Papa | Amount |
|---|---|
| Video Services | $1,870.00 |
| Delivery and Handling | $85.00 |

| Notes: | Invoice Total: | $1,955.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,955.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 5193100 |
| Invoice Date: | 8/16/2021 |
| Balance Due: | $1,955.00 |

49104



24286.90

*Invoice* **INV2009364**

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/14/2021 | **Client Number** | C07897 |
| **Terms** | Net 30 | **Esquire Office** | Chicago |
| **Due Date** | 10/14/2021 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | 24286.90 |
| | | **Date of Loss** | |



**Bill To**
Rock Fusco & Connelly - Chicago
321 North Clark Street
Suite 2200
Chicago IL 60654

**Services Provided For**
Rock Fusco & Connelly - Chicago
Benjamin, Stacy A
321 North Clark Street
Suite 2200
Chicago IL 60654

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/26/2021 | J7372203 | Chicago, ILLINOIS | BERNARD MIMS V. THE CITY OF CHICAGO |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FIRST HOUR | Kenneth Jones | 1 | 70.00 | | 70.00 |
| APP FEE: ADDITIONAL HOURS | Kenneth Jones | 3.5 | 70.00 | | 245.00 |
| REMOTE VIDEO CONFERENCING - COMPLIMENTARY | Kenneth Jones | 1 | 0.00 | | 0.00 |
| TRANSCRIPT - ORIGINAL-VC-ViD-WI | Kenneth Jones | 240 | 4.90 | | 1,176.00 |
| E-EXHIBITS B&W ORIG | Kenneth Jones | 12 | 0.60 | | 7.20 |
| CONDENSED TRANSCRIPT | Kenneth Jones | 1 | 25.00 | | 25.00 |
| PROCESSING & COMPLIANCE | Kenneth Jones | 1 | 50.00 | | 50.00 |
| E- EXHIBITS COLOR ORIG | Kenneth Jones | 1 | 0.60 | | 0.60 |

*Representing Client: Rock Fusco & Connelly - Chicago*

| | |
|---|---|
| **Subtotal** | 1,573.80 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 1,573.80 |
| **Amount Due** | **$1,573.80** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Rock Fusco & Connelly - Chicago |
| **Client #** | C07897 |
| **Invoice #** | INV2009364 |
| **Invoice Date** | 9/14/2021 |
| **Due Date** | 10/14/2021 |
| **Amount Due** | **$ 1,573.80** |



# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* **INV2006634**

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/9/2021 | **Client Number** | C07897 |
| **Terms** | Net 30 | **Esquire Office** | Chicago |
| **Due Date** | 10/9/2021 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | 24286.90 |
| | | **Date of Loss** | |



**Bill To**
Rock Fusco & Connelly - Chicago
321 North Clark Street
Suite 2200
Chicago IL 60654

**Services Provided For**
Rock Fusco & Connelly - Chicago
Benjamin, Stacy A
321 North Clark Street
Suite 2200
Chicago IL 60654

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/25/2021 | J7371934 | Chicago, ILLINOIS | BERNARD MIMS V. THE CITY OF CHICAGO |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO HOURLY | Daniel Franks | 4 | 125.00 | | 500.00 |

*Representing Client: Rock Fusco & Connelly - Chicago*

| | |
|---|---|
| **Subtotal** | 500.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 500.00 |
| **Amount Due** | $500.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Rock Fusco & Connelly - Chicago |
| **Client #** | C07897 |
| **Invoice #** | INV2006634 |
| **Invoice Date** | 9/9/2021 |
| **Due Date** | 10/9/2021 |
| **Amount Due** | **$ 500.00** |

24286.90



**Invoice** **INV2007766**

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/10/2021 | **Client Number** | C07897 |
| **Terms** | Net 30 | **Esquire Office** | Chicago |
| **Due Date** | 10/10/2021 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | 24286.90 |
| | | **Date of Loss** | |

**Bill To**
Rock Fusco & Connelly - Chicago
321 North Clark Street
Suite 2200
Chicago IL 60654

**Services Provided For**
Rock Fusco & Connelly - Chicago
Benjamin, Stacy A
321 North Clark Street
Suite 2200
Chicago IL 60654

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/25/2021 | J7371934 | Chicago, ILLINOIS | BERNARD MIMS V. THE CITY OF CHICAGO |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FIRST HOUR | Daniel Franks | 1 | 70.00 | | 70.00 |
| APP FEE: ADDITIONAL HOURS | Daniel Franks | 2.5 | 70.00 | | 175.00 |
| REMOTE VIDEO CONFERENCING - COMPLIMENTARY | Daniel Franks | 1 | 0.00 | | 0.00 |
| REMOTE TECHNICIAN | Daniel Franks | 3.5 | 125.00 | | 437.50 |
| TRANSCRIPT - ORIGINAL-VC-VID-WI | Daniel Franks | 166 | 4.90 | | 813.40 |
| E-EXHIBITS B&W ORIG | Daniel Franks | 7 | 0.60 | | 4.20 |
| CONDENSED TRANSCRIPT | Daniel Franks | 1 | 25.00 | | 25.00 |
| PROCESSING & COMPLIANCE | Daniel Franks | 1 | 50.00 | | 50.00 |
| E- EXHIBITS COLOR ORIG | Daniel Franks | 25 | 0.60 | | 15.00 |

*Representing Client: Rock Fusco & Connelly - Chicago*

| | |
|---|---|
| **Subtotal** | 1,590.10 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 1,590.10 |
| **Amount Due** | $1,590.10 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Rock Fusco & Connelly - Chicago |
| **Client #** | C07897 |
| **Invoice #** | INV2007766 |
| **Invoice Date** | 9/10/2021 |
| **Due Date** | 10/10/2021 |
| **Amount Due** | **$ 1,590.10** |

# ESQUIRE
DEPOSITION SOLUTIONS

**Invoice  INV2010023**

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 9/14/2021 |
| Terms | Net 30 |
| Due Date | 10/14/2021 |

| | |
|---|---|
| Client Number | C4229533 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | 24286.90 |
| Date of Loss | |

**RECEIVED**

**SEP 2 1 2021**

**THE SOTOS LAW FIRM, P.C.**

**Bill To**
The Sotos Law Firm, PC - Chicago
141 West Jackson Boulevard
Suite 1240A
Chicago IL 60604

**Services Provided For**
The Sotos Law Firm, PC - Chicago
Schroeder, Sara J
141 West Jackson Boulevard
Suite 1240A
Chicago IL 60604

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/17/2021 | J7353200 | Chicago, ILLINOIS | BERNARD MIMS V. THE CITY OF CHICAGO |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - ORIGINAL-VID-VC-WI | Donna M. Eason | 291 | 4.90 | 1,425.90 |
| CONDENSED TRANSCRIPT | Donna M. Eason | 1 | 25.00 | 25.00 |
| EXHIBITS W/TABS | Donna M. Eason | 5 | 0.60 | 3.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Donna M. Eason | 1 | 50.00 | 50.00 |
| PROCESSING & COMPLIANCE | Donna M. Eason | 1 | 50.00 | 50.00 |
| EXHIBITS COLOR | Donna M. Eason | 2 | 1.25 | 2.50 |

**PAID**
**SEP 2 9 2021**
**BY: # 17390**

| | |
|---|---|
| Subtotal | 1,556.40 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,591.90 |
| Amount Due | $1,591.90 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | The Sotos Law Firm, PC - Chic... |
| Client # | C4229533 |
| Invoice # | INV2010023 |
| Invoice Date | 9/14/2021 |
| Due Date | 10/14/2021 |
| Amount Due | $ 1,591.90 |

# INVOICE

1 of 1



## KENTUCKIANA
### COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 74368 | 1/4/2022 | 60545 |
| **Job Date** | **Case No.** | |
| 8/5/2021 | 18-cv-7192 | |
| **Case Name** | | |
| Bernard Mims vs. The City of Chicago, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Kara Hutson
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

| | | | | |
|---|---|---|---|---|
| AUDIO TRANSCRIPTION : | | | | |
| Robert Bartik | 101.00 Pages | @ | 2.350 | 237.35 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| AUDIO TRANSCRIPTION : | | | | |
| William Svilar | 98.00 Pages | @ | 2.350 | 230.30 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| AUDIO TRANSCRIPTION : | | | | |
| Jean Romic | 151.00 Pages | @ | 2.350 | 354.85 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE >>>** | | | **$822.50** |

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Kara Hutson
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

Invoice No.  : 74368
Invoice Date : 1/4/2022
**Total Due**  : **$822.50**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.    : 60545
BU ID      : TRANSCRIPT
Case No.   : 18-cv-7192
Case Name  : Bernard Mims vs. The City of Chicago, et al.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 74211 | 12/30/2021 | 59529 |

| Job Date | Case No. | |
|---|---|---|
| 7/28/2021 | 18-cv-7192 | |

| Case Name | | |
|---|---|---|
| Bernard Mims vs. The City of Chicago, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654



| Richard Peck - Exhibits | | | | |
|---|---|---|---|---|
| Exhibits - Scanned | 312.00 Pages | @ | 0.350 | 109.20 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE >>>** | | | **$109.20** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

Invoice No. : 74211
Invoice Date : 12/30/2021
**Total Due** : **$109.20**

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

Job No. : 59529
BU ID : C and V
Case No. : 18-cv-7192
Case Name : Bernard Mims vs. The City of Chicago, et al.

# INVOICE

1 of 1



## KENTUCKIANA
### COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 74208 | 12/30/2021 | 59222 |
| **Job Date** | **Case No.** | |
| 6/25/2021 | 18-cv-7192 | |
| **Case Name** | | |
| Bernard Mims vs. The City of Chicago, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |



Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

DEPOSITION COPY OF :

| | | | | | |
|---|---|---|---|---|---|
| John Clisham | 170.00 | Pages | @ | 2.350 | 399.50 |
| Exhibits - Scanned | 25.00 | Pages | @ | 0.350 | 8.75 |
| Read & Sign - Copy | 1.00 | | @ | 15.000 | 15.00 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | | **$423.25** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

| Invoice No. | : 74208 |
|---|---|
| Invoice Date | : 12/30/2021 |
| **Total Due** | : **$423.25** |

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

| Job No. | : 59222 |
|---|---|
| BU ID | : C and V |
| Case No. | : 18-cv-7192 |
| Case Name | : Bernard Mims vs. The City of Chicago, et al. |

24286/90

# INVOICE

1 of 1



## Planet **Depos**
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 471835 | 2/16/2022 | 427844 |
| Job Date | Case No. | |
| 1/31/2022 | 18-cv-7192 | |
| Case Name | | |
| Mims -v- City of Chicago, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stacy A. Benjamin, Esquire
Rock Fusco & Connelly LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Richard Rosenthal | 177.00 | Pages | 973.50 |
| Attendance | 4.00 | | 160.00 |
| Exhibits | 49.00 | Pages | 22.05 |
| Processing Fee | 1.00 | | 45.00 |
| | TOTAL DUE >>> | | **$1,200.55** |
| | AFTER 3/18/2022 PAY | | $1,260.58 |

Due upon receipt and is not contingent on client payment.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Stacy A. Benjamin, Esquire
Rock Fusco & Connelly LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

Invoice No. : 471835
Invoice Date : 2/16/2022
**Total Due** : **$1,200.55**
AFTER 3/18/2022 PAY  $1,260.58

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 427844
BU ID : 29-CHI-R
Case No. : 18-cv-7192
Case Name : Mims -v- City of Chicago, et al.

# INVOICE

1 of 1



## KENTUCKIANA
### COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 77466 | 3/28/2022 | 59529 |
| **Job Date** | **Case No.** | |
| 7/28/2021 | 18-cv-7192 | |
| **Case Name** | | |
| Bernard Mims vs. The City of Chicago, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |



Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

DEPOSITION COPY OF :

| | | | | | |
|---|---|---|---|---|---|
| Richard Peck | 224.00 | Pages | @ | 2.350 | 526.40 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |

DEPOSITION COPY OF :

| | | | | | |
|---|---|---|---|---|---|
| Richard Peck (Confidential) | 20.00 | Pages | @ | 2.350 | 47.00 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE   >>>**          **$573.40**

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

| | | |
|---|---|---|
| Invoice No. | : | 77466 |
| Invoice Date | : | 3/28/2022 |
| **Total Due** | : | **$573.40** |

Remit To:  **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

| | | |
|---|---|---|
| Job No. | : | 59529 |
| BU ID | : | C and V |
| Case No. | : | 18-cv-7192 |
| Case Name | : | Bernard Mims vs. The City of Chicago, et al. |



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118352 | 11/24/2021 | 17345 |
| **Job Date** | **Case No.** | |
| 8/30/2021 | 18 CV 7192 | |
| **Case Name** | | |
| Bernard Mims vs. City of Chicago, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

**Urlaub Bowen & Associates, Inc.**
20 North Clark Street, Suite 600, Chicago, Illinois 60602
Court Reporting  Videography  Video Conferencing  Realtime
www.urlaubbowen.com  312.781.9586

Stacy A. Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60654

---

Original Certified Transcript of:

| Bernard Brandon Mims | | | | | 2,893.25 |
|---|---|---|---|---|---|
| Appearance Hourly | 7.50 | Hours | @ | 70.000 | 525.00 |
| Appearance OT Ext | 2.00 | | @ | 105.000 | 210.00 |
| Word Index | 37.00 | Pages | @ | 1.000 | 37.00 |
| | **TOTAL DUE  >>>** | | | | **$3,665.25** |

Location of Job    : WebEx
                     WebEx, IL

Thank you for your business.

We accept Discover, Visa, MasterCard, and American Express.
You can now pay your invoice online at, https://urlaubbowen.com/payments

Finance charges:  Net 30 days at 1.5% from invoice date.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 54.98 |
| (=) New Balance: | $3,720.23 |

**Tax ID:** 36-3368198

*Please detach bottom portion and return with payment.*

Stacy A. Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60654

| Invoice No. | : 118352 |
|---|---|
| Invoice Date | : 11/24/2021 |
| **Total Due** | **: $3,720.23** |

Remit To: **Urlaub Bowen & Associates, Inc.**
**PO Box 64637**
**Chicago, IL 60664-0637**

| Job No. | : 17345 |
|---|---|
| BU ID | : 1-MAIN |
| Case No. | : 18 CV 7192 |
| Case Name | : Bernard Mims vs. City of Chicago, et al. |

24286/90

| ST44 Rev. 04/18 | UNITED STATES DISTRICT COURT |
|---|---|
| Derived from AO44 Rev. 04/18 | For the Northern District of Illinois |

INVOICE 20200240

**MAKE CHECKS PAYABLE TO:**

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

Amy Spee Reporting, Inc.
219 South Dearborn Street
Suite 2318A
Chicago, IL 60602
(312) 818-6531
amyofficialtranscripts@gmail.com

| _ CRIMINAL | ✗ CIVIL | DATE ORDERED: 09-15-2021 | DATE DELIVERED: 09-15-2021 |
|---|---|---|---|

**In the matter of:** 18 CV 7192, Mims v City of Chicago, et al.

Transcript of proceedings before the Honorable Steven C. Seeger
9/8/2021, Order #41652

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 22 | 7.25 | 159.50 | | 1.20 | | | 0.90 | | 159.50 |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 159.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 09-15-2021 | **Check:** 30050 | **Amount:** 159.50 | **Total Due** | 0.00 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE /s/ Amy Spee, CSR, RPR, CRR | DATE 09-17-2021 |
|---|---|

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)  COURT REPORTER  COURT REPORTER SUPERVISOR



# ESQUIRE
DEPOSITION SOLUTIONS

**Invoice   INV2008330**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/13/2021 |
| **Terms** | Net 30 |
| **Due Date** | 10/13/2021 |

| | |
|---|---|
| **Client Number** | C07897 |
| **Esquire Office** | Chicago |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | 24286.90 |
| **Date of Loss** | |

**Bill To**
Rock Fusco & Connelly - Chicago
321 North Clark Street
Suite 2200
Chicago IL 60654

**Services Provided For**
Rock Fusco & Connelly - Chicago
Benjamin, Stacy A
321 North Clark Street
Suite 2200
Chicago IL 60654

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/17/2021 | J7353200 | Chicago, ILLINOIS | BERNARD MIMS V. THE CITY OF CHICAGO |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE TECHNICIAN | Donna M. Eason | 7 | 125.00 | No | $875.00 |
| REMOTE TECHNICIAN OVERTIME | Donna M. Eason | 1.5 | 187.50 | No | $281.25 |
| APP FEE: FIRST HOUR | Donna M. Eason | 1 | 70.00 | No | $70.00 |
| APP FEE: ADDITIONAL HOURS | Donna M. Eason | 6 | 70.00 | No | $420.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Donna M. Eason | 1.5 | 105.00 | No | $157.50 |
| REMOTE VIDEO CONFERENCING - COMPLIMENTARY | Donna M. Eason | 1 | 0.00 | No | $0.00 |

*Representing Client: Rock Fusco & Connelly (P) : Rock Fusco & Connelly - Chicago*

| | |
|---|---|
| **Subtotal** | 1,803.75 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,803.75 |
| **Amount Paid** | 1,803.75 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Rock Fusco & Connelly - Chicago |
| **Client #** | C07897 |
| **Invoice #** | INV2008330 |
| **Invoice Date** | 9/13/2021 |
| **Due Date** | 10/13/2021 |
| **Amount Due** | **$0.00** |



# ESQUIRE

**Invoice  INV2008337**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/13/2021 | **Client Number** | C07897 |
| **Terms** | Net 30 | **Esquire Office** | Chicago |
| **Due Date** | 10/13/2021 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | 24286.90 |
| | | **Date of Loss** | |

**Bill To**
Rock Fusco & Connelly - Chicago
321 North Clark Street
Suite 2200
Chicago IL 60654

**Services Provided For**
Rock Fusco & Connelly - Chicago
Benjamin, Stacy A
321 North Clark Street
Suite 2200
Chicago IL 60654

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/17/2021 | J7353200 | Chicago, ILLINOIS | BERNARD MIMS V. THE CITY OF CHICAGO |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO HOURLY | Donna Eason | 7 | 125.00 | No | $875.00 |
| REMOTE VIDEO OVERTIME HOURLY | Donna Eason | 2 | 187.50 | No | $375.00 |

*Representing Client: Rock Fusco & Connelly (P) : Rock Fusco & Connelly - Chicago*

| | |
|---|---|
| **Subtotal** | 1,250.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,250.00 |
| **Amount Paid** | 1,250.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Rock Fusco & Connelly - Chicago |
| **Client #** | C07897 |
| **Invoice #** | INV2008337 |
| **Invoice Date** | 9/13/2021 |
| **Due Date** | 10/13/2021 |
| **Amount Due** | $0.00 |



**ESQUIRE**

**Invoice   INV2008341**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/13/2021 |
| **Terms** | Net 30 |
| **Due Date** | 10/13/2021 |

| | |
|---|---|
| **Client Number** | C07897 |
| **Esquire Office** | Chicago |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | 24286.90 |
| **Date of Loss** | |

**Bill To**
Rock Fusco & Connelly - Chicago
321 North Clark Street
Suite 2200
Chicago IL 60654

**Services Provided For**
Rock Fusco & Connelly - Chicago
Benjamin, Stacy A
321 North Clark Street
Suite 2200
Chicago IL 60654

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/26/2021 | J7372203 | Chicago, ILLINOIS | BERNARD MIMS V. THE CITY OF CHICAGO |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM | Kenneth Jones | 1 | 395.00 | No | $395.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Kenneth Jones | 3 | 170.00 | No | $510.00 |

*Representing Client: Rock Fusco & Connelly (P) : Rock Fusco & Connelly - Chicago*

| | |
|---|---|
| **Subtotal** | 905.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $905.00 |
| **Amount Paid** | 905.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

| | | |
|---|---|---|
| **Remit to:** | **Federal Express, UPS or Overnight USPS:** | **Client Name** Rock Fusco & Connelly - Chicago |
| Esquire Deposition Solutions, LLC | Esquire Deposition Solutions, LLC | **Client #** C07897 |
| P. O. Box 846099 | Lockbox 846099 | **Invoice #** INV2008341 |
| Dallas, TX 75284-6099 | 1950 N. Stemmons Freeway | **Invoice Date** 9/13/2021 |
| | Suite 5010 | **Due Date** 10/13/2021 |
| | Dallas, TX 75208 | **Amount Due** $0.00 |

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70327 | 9/20/2021 | 60997 |

| Job Date | Case No. |
|---|---|
| 8/24/2021 | 18-cv-7192 |

| Case Name |
|---|
| Bernard Mims vs. The City of Chicago, et al. |

| Payment Terms |
|---|
| Net 30 |

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

DEPOSITION OF:

| | | | | | |
|---|---|---|---|---|---|
| Ted Przepiora | 89.00 | Pages | @ | 3.900 | 347.10 |
| Exhibits - Scanned | 66.00 | Pages | @ | 0.350 | 23.10 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Original | 1.00 | | @ | 25.000 | 25.00 |
| | | | **TOTAL DUE  >>>** | | **$395.20** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Stacy Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60654

Invoice No.   : 70327
Invoice Date  : 9/20/2021
**Total Due**    : **$395.20**

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

Job No.     : 60997
BU ID       : C and V
Case No.    : 18-cv-7192
Case Name   : Bernard Mims vs. The City of Chicago, et al.



**RECORD COPY SERVICES**

THIRTY NORTH LA SALLE   STE 1800   CHICAGO IL 60602-2592   312.726.6650

PROFESSIONAL COPY CENTRE

WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

CE 23441

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

2438-158547-QC

ORDERED BY
SOLD TO

MS. KARA HUTSON
ROCK FUSCO & CONNELLY, LLC
321 N. CLARK ST.   S-2200
CHICAGO, IL 60654

24286/90

| DATE | COURT NO | FILE NO | CLAIM NO | | |
|------|----------|---------|----------|---|---|

8/23/21

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

RCS REF.    AMOUNT
08191807
23441-2438

TYPE OF RECORD
OR DOCUMENT      : VARIOUS DOCUMENTS

NAME OF CASE      : RE: 24286/90

| CODE | |
|------|---|
| Y | 376.75 |

COMMENTS        :

SCANNING SERVICES
MEDIA CONVERSION

TOTAL        376.75

THANK YOU

| A | DOCUMENT PREPARATION | F | STAPLING | L | LOCATION COPYING | Q | AUTO POSITIVES | W | AUDIO SERVICES |
|---|---|---|---|---|---|---|---|---|---|
| B | SPECIAL SERVICES | G | PUNCHING | M | MICROFILM ENLARGEMENTS | R | BLUEPRINTS | X | X-RAY SERVICES |
| C | COPIES | H | BINDING | N | REDUCTIONS | S | OVERSIZE COPIES | Y | DIGITAL SERVICES |
| D | COLOR COPIES | J | FOLDING | O | OFFSET PRINTING | T | SHIPPING | Z | DISK COPYING |
| E | COLLATING | K | MICROFILMING | P | PHOTOGRAPHICS | V | VIDEO SERVICES | * | SEE COMMENTS |